**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 (Subchapter V) |
| | ) | |
| Ferrari Importing Inc. d/b/a GAMMA Sports, | ) | Case No. 26-20738-GLT |
| | ) | |
| Debtor. | ) | Chief Judge Gregory L. Taddonio |
| | ) | |
| | ) | |
| Ferrari Importing Inc. d/b/a GAMMA Sports, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NO RESPONDENT | ) | |
| | ) | |

**ORDER**

AND NOW, this ______day of _____________, 2026 upon consideration of the Motion for Pro Hac Vice Admission for Bryan J. Sisto, Esq., it is hereby ORDERED and DECREED that Bryan J. Sisto, Esq. is admitted pro hac vice to practice in the United States Bankruptcy Court, Western District of Pennsylvania in the above-captioned case.

BY THE COURT:

______________________________________
The Honorable Gregory L. Taddonio
U.S. Bankruptcy Court Chief Judge for the Western District of Pennsylvania