FILED
3/18/26 9:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 (Subchapter V) |
| | ) | |
| Ferrari Importing Inc. d/b/a GAMMA Sports, | ) | Case No. 26-20738 |
| | ) | |
| Debtor. | ) | Related to Docket No. 5 |

**ORDER**

AND NOW, this __ 18th Day of March _, 2026 upon consideration of the Motion for Pro Hac Vice Admission for Bryan J. Sisto, Esq., it is hereby ORDERED and DECREED that Bryan J. Sisto, Esq. is admitted pro hac vice to practice in the United States Bankruptcy Court, Western District of Pennsylvania in the above-captioned case.

BY THE COURT:

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

drb