IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Ferrari Importing, Inc. d/b/a GAMMA Sports, | : | Bankruptcy No. 26-20738-GLT |
| | : | |
| Debtor. | : | Chapter 11 |
| | : | |
| Alex Ferrari, | : | Related to Document No. 49 |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| No Respondent. | : | |

**REQUEST TO RESTRICT PUBLIC ACCESS TO
MOTION TO DISMISS EXHIBITS 3, 4, 5, 7, 16, 25, 26, AND 29
(DOC. #S 49-4, 49-5, 49-6, 49-8, 49-17, 49-26, 49-27, AND 49-30)**

Pursuant to W.PA.LBR 9037-1 and understanding that the redaction of any information other than the identifiers specifically enumerated in Fed. R. Bankr. P. 9037 requires a separate motion and Court approval, under penalty of perjury, the **UNDERSIGNED HEREBY CERTIFIES** that:

1.      Exhibits 3, 4, 5, 7, 16, 25, 26, and 29 to Movant Alex Ferrari's Motion to Dismiss were filed in the above-captioned case on March 23, 2026, at document #s 49-4, 49-5, 49-6, 49-8, 49-17, 49-26, 49-27, and 49-30 which contain one or more of the identifiers enumerated in Fed. R. Bankr. P. 9037.

2.      Attached hereto are amended versions of Exhibits 3, 4, 5, 7, 16, 25, 26, and 29 to Movant Alex Ferrari's Motion to Dismiss, and the only change made to the original documents is the redaction of personal identifiers.

3.      I am requesting that the Court accept the attached Exhibits 3, 4, 5, 7, 16, 25, 26, and 29 to Movant Alex Ferrari's Motion to Dismiss in substitution for the unredacted versions, and to take whatever steps are necessary to restrict public access to the unredacted versions.

Date: March 26, 2026

Signed: */s/ Robert M. Barnes*

Robert M. Barnes
Name of Filer - Typed

MARCUS & SHAPIRA LLP, 301 Grant Street, One Oxford Centre, 35th Floor, Pittsburgh, PA 15219-6401
Address

rbarnes@marcus-shapira.com
Email Address

412-338-5224

Phone No.

58655 Pennsylvania
Bar I.D. and State of Admission